# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **VINCENT JONES,** | Case No. 6:22-cv-01799-SB |
| Plaintiff, | **ORDER** |
| v. | |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION,** | |
| Defendant. | |

It is hereby ORDERED that Defendant shall pay Plaintiff an attorney fee, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,945.00; Plaintiff prevailed and the parties stipulated to the EAJA motion and the fee requested. It is further ORDERED that if there is no offsetable debt under *Astrue v. Ratliff,* 560 U.S. 586 (2010), Defendant shall pay the fee directly to Plaintiff's attorney, by check made payable to Bruce Brewer, and shall send the check to Plaintiff's attorney at his business address: PO Box 421, West Linn, OR 97068. If offsetable debt exists pursuant to *Ratliff,* then it is ORDERED that the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 27th day of March, 2025.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 - ORDER